IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDY MOULTON,

          Plaintiff,

      v.

DAN GJERDE,

          Defendant.

Case No.  20-cv-02374-MMC

**ORDER OF DISMISSAL**

      The parties having settled the above-titled matter in full and having placed the terms of the settlement on the record before Magistrate Judge Robert Illman,

      IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

      **IT IS SO ORDERED.**

Dated: February 4, 2021

MAXINE M. CHESNEY
United States District Judge

---

[1]Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.